IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 9:18-cv-80746

SREAM, INC. a California Corporation, and
ROOR INTERNATIONAL BV, a Foreign
Corporation

        Plaintiffs,

v.

S.B. FOOD & DISCOUNT BEVERAGE INC.
OF MELALEUCA, a Florida Corporation,

        Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Sream, Inc., a California corporation and ROOR INTERNATIONAL BV, a Foreign Corporation, and the Defendant, S.B. FOOD & DISCOUNT BEVERAGE INC. OF MELALEUCA, a Florida Corporation, by and through the undersigned counsel representing both parties to this action, hereby stipulate to a dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Each party shall bear its own attorney's fees and costs, except as otherwise agreed to by the parties.

Dated: July 31, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Jamie Alan Sasson | /s/ Jorge Espinosa |
| Jamie Alan Sasson | Jorge Espinosa |
| Florida Bar No.: 10802 | Florida Bar.: 779032 |
| Serv513@LegalBrains.com | jespinosa@etlaw.com |
| **THE TICKTIN LAW GROUP, PLLC.** | rjimenez@etlaw.com |
| 270 SW Natura Avenue | **ESPINOSA MARTINEZ, PL** |
| Deerfield Beach, Florida 33441-1610 | 1428 Brickell Avenue, Suite 100 |
| Telephone: (954) 570-6757 | Miami, Florida 33131 |
| Facsimile: (954) 570-6760 | Telephone: (305) 854-0900 |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 31st day of July, 2018, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ Jamie Alan Sasson
Jamie Alan Sasson

## SERVICE LIST

Jorge Espinosa
Fla. Bar No. 779032
jespinosa@etlaw.com
**ESPINOSA MARTINEZ, PL**
1428 Brickell Avenue, Suite 100
Miami, Florida 33131
Tel: (305) 854-0900
Fax: (855) 854-0900
*Attorneys for the Defendant*


Jamie Alan Sasson
Serv513@LegalBrains.com
Serv555@LegalBrains.com
**THE TICKTIN LAW GROUP, PLLC.**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
*Attorneys for the Plaintiff*