UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-cv-80746-MIDDLEBROOKS

SREAM, INC., and ROOR INTERNATIONAL BV,

    Plaintiffs,

v.

S.B. FOOD & DISCOUNT BEVERAGE INC. OF MELALEUCA,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on July 31, 2018. (DE 14). The Court notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE.** All pending motions are **DENIED as MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this __1__ day of August, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record